UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION | 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

Service of the Summons and Complaints[1] was made by me[2]    DATE 12/13/07

NAME OF SERVER (PRINT) Kevin Mills    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify)*: Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Andrew Gibbs
Cozen O'Connor
1 Newark Center, Suite 1900
Newark, NJ 07102-

For the following Defendant(s):

TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; AND TISHMAN CONSTRUCTION CORPORATION OF NEW YORK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/07
Date

Kevin Mills
Signature of Server

115 Broadway, NY 10006
Address of Server

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Betsy Barranco
BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 2010

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10531 | Shawn Abate (and Wife, Diane Abate) | 06cv14450 | 11/30/2007 |
| 16861 | David Acres (and Wife, Florence Acres) | 07CV10869 | 11/8/2007 |
| 12851 | Pat Acri (and Wife, Dawn Acri) | 06cv14451 | 11/20/2007 |
| 8599 | Joseph Addorisio (and Wife, Elizabeth Addorisio) | 07CV10733 | 11/8/2007 |
| 6516 | Mathew Ahl | 07CV10734 | 11/8/2007 |
| 16867 | Sandy Alberto | 07CV10735 | 11/8/2007 |
| 13153 | Pablo Alcantara (and Wife, Karina Rosario) | 06cv14453 | 11/20/2007 |
| 13318 | David Allen (and Wife, Lisa Allen) | 06cv14454 | 11/30/2007 |
| 14100 | Asmat Allie (and Wife, Noemi Allie) | 06cv14456 | 11/20/2007 |
| 8435 | Vincent Altrui (and Wife, Wileen Altrui) | 06cv14457 | 11/20/2007 |
| 13057 | John Alvarado (and Wife, Maureen Alvarado) | 06cv14458 | 11/20/2007 |
| 13414 | Peggy Alves | 06cv14460 | 11/20/2007 |
| 13014 | Gerard Amato (and Wife, Christina Amato) | 06cv14461 | 11/20/2007 |
| 13286 | Norkiss Andino (and Husband, Roger Andino) | 06cv14463 | 11/20/2007 |
| 14105 | Peter Andre (and Wife, Ginger Andre) | 06cv14464 | 11/30/2007 |
| 13844 | Frank Annunziata (and Wife, Elisa Annunziata) | 06cv14465 | 11/20/2007 |
| 14229 | Peter Antao (and Wife, Sue Antao) | 06cv14467 | 11/20/2007 |
| 13714 | Joseph Arias (and Wife, Josetar R Arias) | 06cv14469 | 11/20/2007 |
| 13913 | James Armstrong (and Wife, Susan Armstrong) | 06cv14470 | 11/20/2007 |
| 16785 | Awilda Asencio-Nunez (and Husband, Manuel O Nunez) | 07CV10736 | 11/8/2007 |
| 13573 | Michael Ashton (and Wife, Donna M ) | 06cv14473 | 11/20/2007 |
| 13432 | Luis Atristain | 06cv14474 | 11/20/2007 |
| 9684 | Athanasios Augoustatos | 06cv14475 | 11/20/2007 |
| 13778 | Maureen Avella (and Wife, Anthony Avello) | 06cv14476 | 11/20/2007 |
| 13790 | John M Badyna | 06cv14478 | 11/20/2007 |
| 13172 | Angelo Baez | 06cv14479 | 11/20/2007 |
| 14106 | Jeffrey Bahm (and Wife, Teresa Bahm) | 06cv14480 | 11/30/2007 |
| 12999 | Louis Balsamo (and Wife, Vivian Balsamo) | 06cv14482 | 11/20/2007 |
| 13295 | Gobinjee Bania (and Wife, Sancihta Chowitan) | 06cv14485 | 11/20/2007 |
| 14845 | Nancy Barberi-Franco | 07CV10923 | 11/8/2007 |
| 13943 | Sebastian Bartolotta | 06cv14487 | 11/20/2007 |
| 16804 | Bruce Beavers (and Wife, Carol A Beavers) | 07CV10737 | 11/8/2007 |
| 16805 | Carol Beavers (and Husband, Bruce M Beavers) | 07CV10738 | 11/8/2007 |
| 7519 | William Bedula | 07CV10739 | 11/8/2007 |
| 13605 | Carmine Belmonte (and Wife, Frances Belmonte) | 06cv14491 | 11/20/2007 |
| 13527 | Scott Bendul (and Wife, Chistine Bendul) | 06cv14492 | 11/20/2007 |
| 12592 | Jose Benitez (and Wife, Monica Benitez) | 06cv14493 | 11/20/2007 |
| 1877 | Reynaldo Benitez | 07cv11013 | 11/30/2007 |

## Rider
# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12786 | Vincent Berlingerio | 06cv14494 | 11/20/2007 |
| 2451 | Maria Biagini | 07CV10924 | 11/8/2007 |
| 13972 | Tara Bianco | 06cv14495 | 11/20/2007 |
| 15548 | Richard Bickerton (and Wife, Trish Bickerton) | 07CV10740 | 11/8/2007 |
| 16840 | Joseph C. Bilella (and Wife, Janine Bilella) | 07CV10870 | 11/8/2007 |
| 12934 | Daryl Blinker (and Wife, Theresa Blinker) | 06cv14499 | 11/20/2007 |
| 16991 | Jeffery Bloom (and Wife, Julie Bloom) | 07CV10871 | 11/8/2007 |
| 1941 | Edward Bogdanowicz (and Wife, Diana Bogdanowicz) | 07CV10741 | 11/8/2007 |
| 13204 | Denise Bonaventura (and Husband, Patrick Bonaventura) | 06cv14501 | 11/20/2007 |
| 12365 | Thomas Bongiovanni | 06cv14502 | 11/20/2007 |
| 15763 | Carlos Bonilla | 07CV10895 | 11/8/2007 |
| 6528 | James Borst (and Wife, Geraldine Borst) | 07cv11006 | 11/30/2007 |
| 7951 | Michael Bowers (and Wife, Dorleen Bowers) | 07cv11001 | 11/30/2007 |
| 16803 | Matthew Boyd (and Wife, Karen Sue Boyd) | 07CV10742 | 11/8/2007 |
| 13883 | William Boylan | 06cv14505 | 11/20/2007 |
| 1506 | Therese Brady, as Administratrix of Gerard Brady | 05cv5071 | 11/20/2007 |
| 12711 | Richard Breece (and Wife, Gisela Breece) | 06cv14506 | 11/20/2007 |
| 16013 | Francis Brennan (and Wife, Melody K Brennan) | 07CV10872 | 11/8/2007 |
| 16799 | Joseph Brennan | 07CV10743 | 11/8/2007 |
| 13700 | Michael Brennan (and Wife, Kerry A Brennan) | 06cv14507 | 11/20/2007 |
| 12569 | Daniel Breslin (and Wife, Marcia Knight-Breslin) | 06cv14508 | 11/20/2007 |
| 14171 | Christopher Broich | 06cv14509 | 11/20/2007 |
| 15401 | Thomas Brown (and Wife, Katarzyna Brown) | 07CV10925 | 11/8/2007 |
| 14027 | Eric Brzostek (and Wife, Aikaterini Brzostek) | 06cv14511 | 11/20/2007 |
| 12891 | Joseph Bubryckie (and Wife, Melissa Bubryckie) | 06cv14512 | 11/20/2007 |
| 13047 | Bernard Buckner | 06cv14514 | 11/20/2007 |
| 13552 | Angel Burgos | 06cv14515 | 11/20/2007 |
| 1610 | John A. Burgos (and Wife, Laura Burgos) | 07CV10744 | 11/8/2007 |
| 12858 | Peter Burke (and Wife, Danielle Burke) | 06cv14516 | 11/20/2007 |
| 11255 | Kevin Burns (and Wife, Therese Burns) | 07CV10745 | 11/8/2007 |
| 7705 | Dennis Bush (and Wife, Jasmine Bush) | 07cv11014 | 11/30/2007 |
| 7050 | Stephen Buttle (and Husband, Ann Buttle) | 07cv11015 | 11/30/2007 |
| 5653 | Joseph J Byrne (and Wife, Macia Byrne) | 07cv11007 | 11/30/2007 |
| 1609 | James Byrnes | 07CV10746 | 11/8/2007 |
| 13986 | Andrea Cacioppo (and Husband, DoriAnn Cacioppo) | 06cv14521 | 11/20/2007 |
| 7646 | Adam Calbo (and Wife, Danielle Calbo) | 07cv11008 | 11/30/2007 |
| 13036 | Adrian Calemmo | 06cv14522 | 11/20/2007 |
| 13391 | John Calhoun | 06cv14523 | 11/20/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13021 | Philip Cammarata (and Wife, Rosalie Cammarata) | 06cv14524 | 11/20/2007 |
| 12852 | Steven Campanella (and Wife, Carmela Campanella) | 06cv14525 | 11/20/2007 |
| 1992 | Shedrick Campbell (and Wife, CHERYL PEARSALL) | 06cv14527 | 11/20/2007 |
| 13084 | Joseph Candido (and Wife, Danielle Candido) | 06cv14530 | 11/20/2007 |
| 12683 | Kenneth Capobianco (and Wife, Michele Capobianco) | 06cv14531 | 11/20/2007 |
| 2449 | Thomas Carey (and Wife, Tammy Carey) | 07CV10747 | 11/8/2007 |
| 3174 | Michael Caridi (and Wife, Jean Caridi) | 06cv14534 | 11/20/2007 |
| 1418 | Ramon Carrasquillo (and Wife, Brenda Carrasquillo) | 07CV10748 | 11/8/2007 |
| 13947 | Yannique Carter | 06cv14538 | 11/20/2007 |
| 13416 | James Caruana (and Wife, Jennifer Caruana) | 06cv13829 | 11/30/2007 |
| 12364 | Andrew Caruso | 06cv14539 | 11/30/2007 |
| 10429 | Raymond Cascio (and Wife, Margaret Cascio) | 07CV10873 | 11/8/2007 |
| 16969 | Salvatore Cassaniti | 07CV10749 | 11/8/2007 |
| 16458 | Joseph Castiglia (and Wife, Jane Echevarria) | 07CV10750 | 11/8/2007 |
| 13884 | John Castro | 06cv14544 | 11/20/2007 |
| 14089 | Ronald Castro | 06cv14542 | 11/20/2007 |
| 12795 | Jorge Ceballos | 06cv14545 | 11/20/2007 |
| 13157 | Eileen Celli | 06cv14546 | 11/20/2007 |
| 4256 | Frank Centrone (and Wife, Josephine Centrone) | 07CV10751 | 11/8/2007 |
| 13708 | Marty Cervellione (and Wife, Dorothy Cervellione) | 06cv14548 | 11/20/2007 |
| 16874 | Jay D. Chichester (and Wife, Diane D Chichester) | 07CV10752 | 11/8/2007 |
| 12520 | Bernadine Clarke | 06cv14555 | 11/20/2007 |
| 15222 | Mary Jo Clarke (and Husband, Thomas Clarke) | 07CV10896 | 11/8/2007 |
| 16766 | James T. Clemente | 07CV10753 | 11/8/2007 |
| 13524 | Richard Cocca | 06cv14559 | 11/20/2007 |
| 1618 | Steven Cocchiara (and Wife, Vicky Cocchiara) | 07CV10754 | 11/8/2007 |
| 13150 | Keith Cofresi (and Wife, Lisa Cofresi) | 06cv14560 | 11/30/2007 |
| 14233 | Mariella Coleman (and Husband, Preston Fucci) | 06cv14562 | 11/20/2007 |
| 2865 | Dennis Colson | 07CV10755 | 11/8/2007 |
| 14072 | Joseph Condello (and Wife, Michelle Condello) | 06cv14565 | 11/20/2007 |
| 3680 | Sean Connelly | 06cv14566 | 11/30/2007 |
| 12803 | Joseph Conrad (and Wife, Joan Conard) | 06cv14568 | 11/20/2007 |
| 12911 | Farrell Conroy | 06cv14569 | 11/20/2007 |
| 14099 | Anthony Contessa (and Wife, Tina Contessa) | 06cv14570 | 11/20/2007 |
| 13026 | Andrew Copertino | 06cv14571 | 11/20/2007 |
| 13035 | Joseph Cornetta (and Wife, Kathleen Cornetta) | 06cv13854 | 11/30/2007 |
| 11477 | Sonia Corpes | 06cv14572 | 11/20/2007 |
| 12996 | Louis Corrente | 06cv14573 | 11/20/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 13806 | William Couchon (and Wife, Florence Couchon) | 06cv14575 | 11/20/2007 |
| 13480 | Donald Coughlan (and Wife, Jill Coughlan) | 06cv14576 | 11/20/2007 |
| 12878 | Marcos Cubilete | 06cv14579 | 11/20/2007 |
| 12636 | Joseph Culhane | 06cv14580 | 11/20/2007 |
| 13361 | Lawrence Cummings (and Wife, essie sellers) | 06cv14581 | 11/20/2007 |
| 13880 | Ellen Cunningham (and Husband, Michael Cunningham) | 06cv14582 | 11/20/2007 |
| 16368 | Anthony Cuomo (and Wife, Janine Cuomo) | 07CV10756 | 11/8/2007 |
| 15625 | Timothy Curtin (and Wife, Anmarie Curtin) | 07CV10897 | 11/8/2007 |
| 13561 | Paul D Orio (and Wife, Maria D'Orio) | 06cv14613 | 11/20/2007 |
| 16843 | Salvatore D'Angelo | 07CV10757 | 11/8/2007 |
| 15546 | Timothy Dancy (and Wife, Mirnas Rodriguez) | 07CV10898 | 11/8/2007 |
| 13131 | Dominic Daniele (and Wife, Danielle Daniele) | 06cv14585 | 11/20/2007 |
| 13583 | Christopher Danyo | 06cv14586 | 11/30/2007 |
| 16435 | Robert Dart (and Wife, Karen Dart) | 07CV10758 | 11/8/2007 |
| 11742 | Hobart Davis | 07CV10759 | 11/8/2007 |
| 13020 | Keith DeGiorgio (and Wife, Tina DeGiorgio) | 06cv14588 | 11/20/2007 |
| 13236 | Don DeGuardia (and Wife, Colleen Ann DeGuardia) | 06cv14589 | 11/20/2007 |
| 15940 | Israel Deida (and Wife, Jessica Deida) | 07CV10760 | 11/8/2007 |
| 17015 | Robert Del Rio (and Wife, Marteze Del Rio) | 07CV10761 | 11/8/2007 |
| 13635 | Dino Delany (and Wife, Michele Delany) | 06cv14592 | 11/20/2007 |
| 15363 | Jose Delgado | 07CV10899 | 11/8/2007 |
| 13407 | Joseph Delorenzo | 06cv14594 | 11/20/2007 |
| 14087 | Stefano DelPrete (and Wife, Diane DelPrete) | 06cv14595 | 11/20/2007 |
| 13709 | Joseph DeLuca (and Wife, Elizabeth Deluca) | 06cv14596 | 11/20/2007 |
| 13973 | Mario DeLucia (and Wife, Louise R Delucia) | 06cv14597 | 11/20/2007 |
| 14094 | Santoria Demarco (and Husband, Robert DeMarco) | 06cv14598 | 11/20/2007 |
| 11051 | Steven DeMarco | 06cv14600 | 11/20/2007 |
| 16074 | Toni Demeo | 07CV10762 | 11/8/2007 |
| 12831 | Jack DeSalvo (and Wife, Jennifer DeSalvo) | 06cv14604 | 11/30/2007 |
| 14108 | Thomas Deutsch | 06cv14606 | 11/20/2007 |
| 15243 | Peter B Devito | 07CV10900 | 11/8/2007 |
| 13501 | Theodore Dima (and Wife, Jennifer Dima) | 06cv14607 | 11/20/2007 |
| 15208 | Anthony J DiNatale | 07CV10901 | 11/8/2007 |
| 1570 | James DiStefano | 07CV10902 | 11/8/2007 |
| 1738 | Michael DiVirgilio (and Wife, Phyllis DiVirgilio) | 07CV10763 | 11/8/2007 |
| 12685 | Anthony Dobbins (and Wife, Katrina Dobbins) | 06cv14611 | 11/20/2007 |
| 15547 | Calvin Donald (and Wife, Theresa Cadet-Donald) | 07CV10926 | 11/8/2007 |
| 11521 | Henry Doskocz (and Wife, Theresa Mary) | 07cv11009 | 11/30/2007 |

## Rider
# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13288 | Edward Dougherty (and Wife, Barbara Dougherty) | 06cv14614 | 11/20/2007 |
| 13550 | Frederick Dow (and Wife, christina dow) | 06cv14615 | 11/20/2007 |
| 13264 | Michael Doyle (and Wife, Marie Doyle) | 07CV10764 | 11/8/2007 |
| 12855 | Lina Dusanenko (and Husband, John Dusanenko) | 06cv14622 | 11/30/2007 |
| 14578 | Beverly G Eaton (and Wife, Curtis R Eaton) | 07CV10903 | 11/8/2007 |
| 13713 | Ilana Eberson | 06cv14624 | 11/20/2007 |
| 12774 | Ronald Eckardt (and Wife, Patricia Eckardt) | 06cv14625 | 11/20/2007 |
| 15376 | Keith Eckert | 07CV10904 | 11/8/2007 |
| 15550 | Neil Eckert | 07CV10905 | 11/8/2007 |
| 15497 | Pardue Eller | 07CV10874 | 11/8/2007 |
| 13317 | Timothy Elphick | 06cv14628 | 11/20/2007 |
| 12728 | Glenn Engelken (and Wife, Lori Engelken) | 06cv14630 | 11/20/2007 |
| 12764 | Joseph Eppolito (and Wife, Mary Eppolito) | 06cv14631 | 11/20/2007 |
| 16107 | April Epps | 07CV10765 | 11/8/2007 |
| 13310 | Joseph Eramo (and Wife, Diane Eramo) | 06cv14632 | 11/20/2007 |
| 13786 | Thomas Erickson | 06cv14633 | 11/20/2007 |
| 12699 | Daniel Espinoza | 06cv14634 | 11/20/2007 |
| 12751 | Jorge Espinoza (and Wife, Miriam Espinoza) | 06cv13891 | 11/20/2007 |
| 10747 | Alfred Esposito (and Wife, Emily Esposito) | 07CV10875 | 11/8/2007 |
| 12821 | Christine Faber | 06cv14635 | 11/20/2007 |
| 16749 | Frank Farfalla (and Wife, Roni Lyn Farfalla) | 07CV10766 | 11/8/2007 |
| 12788 | Charles Farrell (and Wife, Maria Farrell) | 06cv14638 | 11/20/2007 |
| 10375 | Heidi Farrell (and Husband, James R Farrell) | 06cv14640 | 11/20/2007 |
| 16758 | Giuseppe Fattorusso (and Wife, Francesca Fattorusso) | 07CV10767 | 11/8/2007 |
| 13889 | Nicholas Federico (and Wife, Maria Federico) | 06cv14641 | 11/20/2007 |
| 13866 | Mary Rose Feeney | 06cv14642 | 11/20/2007 |
| 16872 | Anne Feit (and Husband, Walter S Feit) | 07CV10768 | 11/8/2007 |
| 15966 | Daphne Ferguson | 07CV10906 | 11/8/2007 |
| 12646 | Jose Fermin (and Wife, Seamon Fermin) | 06cv14645 | 11/20/2007 |
| 3529 | Dominic Ferraro (and Wife, Barbara Ferraro) | 07CV10769 | 11/8/2007 |
| 16741 | David Figueroa (and Wife, Heidi Figueroa) | 07CV10770 | 11/8/2007 |
| 8989 | Stanley Filipkowski (and Wife, Jeanette Filipkowski) | 06cv14648 | 11/20/2007 |
| 13787 | Michael Finck | 06cv14649 | 11/20/2007 |
| 13159 | Tony Fisher (and Wife, VIVIAN L) | 06cv14650 | 11/20/2007 |
| 17027 | Ignazio Focarino (and Wife, Denise Focarino) | 07CV10771 | 11/8/2007 |
| 12253 | Edward Foglia (and Wife, Meliss Donovan-Foglia) | 06cv14653 | 11/20/2007 |
| 13141 | Brett Fontana | 06cv14654 | 11/20/2007 |
| 14228 | Mickey Fontanez (and Wife, Martizia Fontanez) | 06cv14655 | 11/20/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 12673 | Peter Fopeano (and Wife, Denise Fopeano) | 06cv14656 | 11/20/2007 |
| 12666 | Kruythoff Forrester | 06cv14658 | 11/20/2007 |
| 11055 | Virgil Fossati (and Wife, Robin Fossati) | 06cv14659 | 11/20/2007 |
| 16763 | Glenn Foulkes | 07CV10772 | 11/8/2007 |
| 12827 | Kenneth Franz | 06cv14661 | 11/30/2007 |
| 11702 | Darryl Frazier (and Wife, Diane Frazier) | 06cv14663 | 11/20/2007 |
| 14159 | Phillip Fressle (and Wife, Catherine Fressle) | 06cv14664 | 11/20/2007 |
| 16786 | Scott Frontera (and Wife, Trisha Frontera) | 07CV10876 | 11/8/2007 |
| 13147 | Christopher Gallagher (and Wife, Elizabeth Gallager) | 06cv14668 | 11/20/2007 |
| 16802 | Gregory Gargiso (and Wife, Karen Ann Gargiso) | 07CV10877 | 11/8/2007 |
| 12840 | Antonio Gargurevich | 06cv14672 | 11/20/2007 |
| 13471 | Michael Garritano | 06cv14673 | 11/20/2007 |
| 13479 | Paul Garside (and Wife, Susan F Garside) | 06cv14674 | 11/20/2007 |
| 13450 | Joe Gatto | 06cv14676 | 11/20/2007 |
| 13177 | James Gawel (and Wife, Elizabeth Gawel) | 06cv14677 | 11/20/2007 |
| 13097 | Jude Gebhart | 06cv14680 | 11/20/2007 |
| 16728 | Paul J. Gerasimczyk (and Wife, Barbara Gerasimczyk) | 07CV10773 | 11/8/2007 |
| 15659 | Gelinda Gethers (and Husband, Demetrius D Gethers) | 07CV10774 | 11/8/2007 |
| 13532 | Leonard Gigantino (and Wife, Kathleen Gigantino) | 06cv14682 | 11/20/2007 |
| 13140 | Andrei Giglevitch (and Wife, Kerry Giglevitch) | 06cv14683 | 11/20/2007 |
| 14006 | Thomas E. Gillen (and Wife, Rosalie Gillen) | 07CV10775 | 11/8/2007 |
| 12679 | Brian Gilmartin (and Wife, Irene Nagle) | 06cv14685 | 11/20/2007 |
| 13557 | Richard Giordano | 06cv14687 | 11/20/2007 |
| 12271 | Deycer Giraldo | 07CV10776 | 11/8/2007 |
| 8302 | Paul Gitlin (and Wife, Lisa Gitlin) | 06cv14688 | 11/20/2007 |
| 16221 | John Glancy (and Wife, Susan Glancy) | 07CV10777 | 11/8/2007 |
| 16468 | Arthur Gnecco (and Wife, Sarah Gnecco) | 07CV10778 | 11/8/2007 |
| 11552 | David Golembiowski (and Wife, Jessica Golembioski) | 07cv11010 | 11/30/2007 |
| 13437 | Richard Gomez | 06cv14690 | 11/30/2007 |
| 14763 | Adam Gonzalez | 07CV10891 | 11/8/2007 |
| 16237 | Gil Gonzalez (and Wife, Chisseld Gonzalez) | 07CV10779 | 11/8/2007 |
| 2615 | George F. Gorman (and Wife, Lori Gorman) | 07CV10780 | 11/8/2007 |
| 13618 | Benjamin Gottlieb | 06cv14692 | 11/20/2007 |
| 16850 | Scott Grainer (and Wife, Judith Grainer) | 07CV10878 | 11/8/2007 |
| 13821 | Daniel Graziano (and Wife, Yang Yang) | 06cv14695 | 11/20/2007 |
| 16761 | Steven Greco (and Wife, Ana L Greco) | 07CV10781 | 11/8/2007 |
| 13433 | Johanna Greenberg | 06cv14696 | 11/20/2007 |
| 14007 | Anitress Griffin | 06cv14697 | 11/30/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13602 | Peter Griffith | 06cv14698 | 11/20/2007 |
| 8479 | John Groelly | 07CV10782 | 11/8/2007 |
| 17031 | Timothy Grogan | 07CV10783 | 11/8/2007 |
| 12859 | Edward Gronowski | 06cv14699 | 11/20/2007 |
| 14065 | Michael Guarino | 06cv14700 | 11/20/2007 |
| 13402 | Joseph Guercio (and Wife, Amy Guercio) | 06cv14701 | 11/20/2007 |
| 13382 | Segundo Guzman (and Wife, Maria L ) | 06cv14704 | 11/20/2007 |
| 1251 | Csilla Gyuris, as Administrator of Louis Gyuris | 05cv1102 | 11/20/2007 |
| 13846 | Paul Hadinger (and Wife, Judy Hapinger) | 06cv14709 | 11/20/2007 |
| 13906 | James C Hagner (and Wife, Nicole Hagner) | 06cv14705 | 11/20/2007 |
| 13304 | Robert Hakius (and Wife, Cynthia Hakius) | 06cv14706 | 11/20/2007 |
| 16835 | Thaddeus Hall (and Wife, Karlene Hall) | 07CV10879 | 11/8/2007 |
| 13018 | Wayne Hall (and Wife, Cristina Hall) | 06cv14707 | 11/20/2007 |
| 12682 | Alexander Hamaty (and Wife, Phyllis Hamaty) | 06cv14708 | 11/20/2007 |
| 13298 | Edward Haragsim (and Wife, Linda M Haragsimi) | 06cv14710 | 11/20/2007 |
| 14168 | Lawrence Harvey (and Wife, Patricia Harvey) | 06cv14712 | 11/20/2007 |
| 13584 | Janice Hawkins | 06cv14715 | 11/20/2007 |
| 13539 | Marc Hecht, Jr. (and Wife, Faye A Hecht) | 06cv14716 | 11/20/2007 |
| 14156 | Michael Henry | 06cv14718 | 11/20/2007 |
| 13372 | Thomas Herrmann (and Wife, Yvonne ) | 06cv14720 | 11/20/2007 |
| 13037 | Matthew Higgins | 06cv14723 | 11/20/2007 |
| 14081 | David Hill Jr (and Wife, Melissa Hill) | 06cv14724 | 11/30/2007 |
| 12835 | Robert Ho (and Wife, Carmen Ho) | 06cv14725 | 11/20/2007 |
| 11595 | Thomas Hoey (and Wife, Xiomaram Hoey) | 07cv11004 | 11/30/2007 |
| 13155 | Helen Hoffman | 06cv14726 | 11/20/2007 |
| 13260 | John Hoffmann, Jr. (and Wife, Nicole P Hoffmann) | 06cv14727 | 11/20/2007 |
| 13366 | Jeffrey Howell (and Wife, JoAnn Howell) | 06cv14732 | 11/20/2007 |
| 13180 | Cecilia Huke-Foss | 06cv14735 | 11/20/2007 |
| 13513 | John Hurd (and Wife, Sally J Hurd) | 06cv14737 | 11/20/2007 |
| 13050 | Daniel Inman | 06cv14738 | 11/30/2007 |
| 13514 | Thomas Inman (and Wife, Diane Inman) | 06cv14739 | 11/20/2007 |
| 13446 | Relton James (and Wife, Elektra Lowndes-James) | 06cv14744 | 11/20/2007 |
| 10912 | Deborah James-Bryant (and Husband, Gene Bryant ) | 06cv14743 | 11/20/2007 |
| 15593 | Dominick Jannetti (and Wife, Jean M Jannetti) | 07CV10907 | 11/8/2007 |
| 13511 | Manuel Jimenez (and Wife, Giselle Jimenez) | 06cv14749 | 11/20/2007 |
| 10399 | Rafael Jimenez (and Wife, Gladys Jimenez) | 07CV10784 | 11/8/2007 |
| 13734 | Mark John (and Wife, Jacqueline John) | 06cv14751 | 11/20/2007 |
| 6611 | Caroline Johnson | 07CV10785 | 11/8/2007 |

## Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16576 | Christopher Johnson (and Wife, Michelle Johnson) | 07CV10786 | 11/8/2007 |
| 13911 | Ronald Johnson (and Wife, Kerene Johnson) | 06cv14753 | 11/20/2007 |
| 12834 | Thomas Johnson (and Wife, Elizabeth Johnson) | 06cv13959 | 11/30/2007 |
| 13829 | Otis Jones | 06cv14755 | 11/20/2007 |
| 3441 | William Jones (and Wife, Arlene T Jones) | 06cv14756 | 11/20/2007 |
| 12815 | Helena Jordan | 06cv14757 | 11/20/2007 |
| 11533 | Sicily Joseph (and Husband, Abraham Sicily) | 07cv11005 | 11/30/2007 |
| 13683 | Kerry Joyce | 07CV10892 | 11/8/2007 |
| 13028 | Mark Kafalas (and Wife, Catherine P Kafalas) | 06cv14760 | 11/20/2007 |
| 15553 | Michael Kane | 07CV10908 | 11/8/2007 |
| 13620 | Christian Kanehl (and Wife, Deborah Kanehl) | 06cv14762 | 11/20/2007 |
| 11152 | Edward Karl (and Wife, Donna M Karl) | 06cv14763 | 11/20/2007 |
| 12244 | Salim Karnaby (and Wife, Andrea Karnaby) | 06cv14764 | 11/20/2007 |
| 13245 | John Kavanagh | 06cv14765 | 11/20/2007 |
| 13520 | Jeffrey Kay (and Wife, Christine G Kay) | 06cv14766 | 11/20/2007 |
| 16639 | John Kearney | 07CV10787 | 11/8/2007 |
| 4872 | Harold P. Keil (and Wife, Janice M Keil) | 07CV10788 | 11/8/2007 |
| 10735 | Dennis Kelly | 07CV10880 | 11/8/2007 |
| 12798 | James F Kelly | 06cv14769 | 11/20/2007 |
| 2657 | Kevin Keuchler (and Wife, Karen Keuchler) | 07CV10789 | 11/8/2007 |
| 13656 | Stephen Kiesche (and Wife, Marlene Kiesche) | 06cv14772 | 11/20/2007 |
| 13832 | Peter Kieseheuer | 06cv14773 | 11/20/2007 |
| 15617 | Theodore King, Jr. (and Wife, Maryan King) | 07CV10909 | 11/8/2007 |
| 13148 | Ann Kirdahy | 06cv13975 | 11/30/2007 |
| 11068 | Eric Klayman (and Wife, Angela Klayman) | 07CV10881 | 11/8/2007 |
| 12665 | Paul Knapp (and Wife, Robyn Knapp) | 06cv14776 | 11/20/2007 |
| 8628 | Daniel Knight | 06cv14777 | 11/30/2007 |
| 12231 | Medzit Kolenovic (and Wife, Mevljuda Kolenovic) | 06cv14778 | 11/20/2007 |
| 775 | Sandra Kringdon (and Husband, Felipe Rodriguez) | 07CV10790 | 11/8/2007 |
| 13526 | Michael Krus | 06cv14779 | 11/20/2007 |
| 15514 | Peter Kutzig (and Wife, Susan Altman) | 07CV10910 | 11/8/2007 |
| 15459 | George Kuzma | 07CV10911 | 11/8/2007 |
| 13639 | Gerard Laskowski (and Wife, Monica Laskowski) | 06cv14785 | 11/20/2007 |
| 13572 | Howard Lattimer (and Wife, Elaine Lattimer) | 06cv14783 | 11/20/2007 |
| 13680 | Joseph Laviano (and Wife, Aliaya Hughes) | 07CV10927 | 11/8/2007 |
| 13519 | Paul Lavin (and Wife, ROSEMARIE LAVIN) | 06cv14787 | 11/30/2007 |
| 14619 | Clarence Lee | 07CV10882 | 11/8/2007 |
| 15012 | Mark J. Legiec (and Wife, Kelly Legiec) | 07CV10791 | 11/8/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 16095 | Jason Leiterman (and Wife, Janine M Lieterman) | 07CV10792 | 11/8/2007 |
| 13564 | John Lema (and Wife, Cheryl R Lema) | 06cv14791 | 11/20/2007 |
| 16133 | Kurt Lenio | 07CV10793 | 11/8/2007 |
| 14075 | Michael Lewy (and Wife, Monica Lewy) | 06cv14795 | 11/30/2007 |
| 13974 | Frank Lioce (and Wife, Roseann Lioce) | 06cv14798 | 11/20/2007 |
| 13585 | Ralph Lisanti (and Wife, Christina Lasanti) | 06cv14799 | 11/20/2007 |
| 12214 | Russell Litchult (and Wife, AnnMarie Litchult) | 06cv14801 | 11/20/2007 |
| 16496 | Martin Locke | 07CV10883 | 11/8/2007 |
| 13780 | Neil Lodato (and Wife, Iris Lodato) | 06cv14802 | 11/20/2007 |
| 13582 | Daniel Loen | 06cv14803 | 11/20/2007 |
| 14541 | Robert W Lolatte (and Wife, Lorain Lolatte) | 07CV10912 | 11/8/2007 |
| 14074 | Erik Lombardo (and Wife, Tara Lombardo) | 06cv14804 | 11/20/2007 |
| 15624 | Ralph Longo (and Wife, Michelle Longo) | 07CV10913 | 11/8/2007 |
| 13782 | Inez Lopez-Quiles | 06cv13997 | 11/30/2007 |
| 13556 | Laura LoPresti (and Husband, Peter Lopresi) | 06cv14809 | 11/20/2007 |
| 13574 | Peter LoPresti (and Wife, Laura Lopresi) | 06cv14810 | 11/20/2007 |
| 12688 | Steve Lord (and Wife, Robin Lord) | 06cv14811 | 11/30/2007 |
| 14066 | John Loyer | 06cv14812 | 11/20/2007 |
| 12643 | Erik Lubrano (and Wife, Rosemary Lubrano) | 06cv14813 | 11/20/2007 |
| 16940 | Rafael J. Lucas (and Wife, Zandra Lucas) | 07CV10794 | 11/8/2007 |
| 13278 | Edward Luster (and Wife, Amy Luster) | 07CV10795 | 11/8/2007 |
| 16932 | Joseph Lutrario | 07CV10796 | 11/8/2007 |
| 13405 | James Lynagh (and Wife, Sandra Lynagh) | 06cv14004 | 11/30/2007 |
| 16704 | Terence Lyons | 07CV10797 | 11/8/2007 |
| 13984 | Fernando Machado | 06cv14816 | 11/20/2007 |
| 13985 | Luis Machado (and Wife, Lucia Machado) | 06cv14817 | 11/20/2007 |
| 12374 | Mark Mackey (and Wife, Laurel L Mackey) | 06cv14819 | 11/20/2007 |
| 12920 | Patrick Mackin | 06cv14820 | 11/20/2007 |
| 1222 | Dominick Maggiore (and Wife, RoseAnn Maggiore) | 07CV10798 | 11/8/2007 |
| 16443 | Kubair Maharaj (and Wife, Yovany E Maharaj) | 07CV10799 | 11/8/2007 |
| 13031 | Shaun Mahoney | 06cv14822 | 11/20/2007 |
| 16066 | John Maier (and Wife, Karen L Maier) | 07CV10800 | 11/8/2007 |
| 12791 | Luis Maldonado (and Wife, Pamela ) | 06cv14826 | 11/30/2007 |
| 16864 | Curtis Mandoske, Jr. | 07CV10801 | 11/8/2007 |
| 454 | Ralph Manganiello | 06cv14827 | 11/20/2007 |
| 13687 | Sebastian Mannuzza | 06cv14828 | 11/30/2007 |
| 10986 | Larry Maraj (and Wife, Dilenia Galan) | 07CV10802 | 11/8/2007 |
| 15929 | Joseph Marchitello (and Wife, Kathleen Marchitello) | 07CV10914 | 11/8/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13701 | David Margules | 06cv14829 | 11/20/2007 |
| 13543 | Martin Marinez (and Wife, Yvonne Marinez) | 06cv14831 | 11/20/2007 |
| 13799 | Robert J. Marini (and Wife, Barabara A Marini) | 06cv14832 | 11/20/2007 |
| 12582 | Julio C Marrero | 06cv14833 | 11/20/2007 |
| 11451 | Andres Martinez | 06cv14834 | 11/20/2007 |
| 13044 | Jennifer Martinez | 06cv14835 | 11/20/2007 |
| 16911 | Marc A. Mastros | 07CV10803 | 11/8/2007 |
| 12369 | Charles Matthew (and Wife, Lillian Matthew) | 06cv14838 | 11/20/2007 |
| 13577 | Christopher Matthews (and Wife, Karen Matthews) | 06cv14839 | 11/20/2007 |
| 13525 | Edward May | 06cv14840 | 11/20/2007 |
| 12240 | Dawn McAuliffe | 06cv14842 | 11/20/2007 |
| 3622 | Derrick McBean | 07CV10804 | 11/8/2007 |
| 12948 | John McBride | 06cv14843 | 11/20/2007 |
| 13371 | Brian McCabe (and Wife, Dominique McCabe) | 06cv14844 | 11/20/2007 |
| 12355 | Daniel McCabe (and Wife, Andrea McCabe) | 06cv14845 | 11/20/2007 |
| 16101 | Daniel McCann | 07CV10805 | 11/8/2007 |
| 12247 | Lynn McCarthy (and Husband, Eugene Senese) | 06cv14848 | 11/20/2007 |
| 12612 | Kathleen McCauley | 06cv14850 | 11/20/2007 |
| 13395 | Thomas McCoy (and Wife, Veronica A McCoy) | 06cv14851 | 11/20/2007 |
| 13070 | John McCrone | 06cv14852 | 11/20/2007 |
| 13111 | Janice McDaniel | 06cv14853 | 11/20/2007 |
| 12863 | Thomas McDonald (and Wife, Lorraine McDonald) | 06cv14855 | 11/20/2007 |
| 13412 | Tom McEwan (and Wife, Syzzette McEwan) | 06cv14856 | 11/30/2007 |
| 15753 | Edward McFadden (and Husband, Stacy McFadden) | 07CV10806 | 11/8/2007 |
| 14155 | Kenneth McFarlane | 06cv14857 | 11/30/2007 |
| 7221 | Shaun McGill (and Wife, Tracey L McGill) | 07cv11011 | 11/30/2007 |
| 6901 | Peter McGinn (and Wife, Gabrielle McGinn) | 07CV10807 | 11/8/2007 |
| 13861 | John McGlyn (and Wife, Kim McGlyn) | 06cv14858 | 11/20/2007 |
| 5929 | Keith J. McIsaac (and Wife, Julie McIsaac) | 07CV10808 | 11/8/2007 |
| 13579 | Michael McKenna (and Wife, Diane McKenna) | 06cv14860 | 11/20/2007 |
| 8451 | Thomas McLaughlin (and Wife, Stasia McLaughlin) | 06cv14862 | 11/20/2007 |
| 16640 | Thomas McMullen (and Wife, Noreen McMullen) | 07CV10809 | 11/8/2007 |
| 13699 | Gerard McNulty (and Wife, Dorothy McNulty) | 06cv14864 | 11/30/2007 |
| 14526 | Jose Medina (and Wife, Kathy Medina) | 07CV10810 | 11/8/2007 |
| 13307 | John Mee (and Wife, Linda A Mee) | 06cv14865 | 11/20/2007 |
| 11952 | Richard Meehan (and Wife, Yong Meehan) | 06cv14866 | 11/20/2007 |
| 6506 | Sue Ellen Melaniff, as Personal Representative of Robert Melaniff | 06cv14036 | 11/30/2007 |
| 13143 | Luis Melendez | 06cv14867 | 11/20/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 5222 | Laurance W. Mellen (and Wife, Cassandra Mellen) | 07CV10811 | 11/8/2007 |
| 12694 | Manuel Melo (and Wife, Paula C Couto-Melo) | 06cv14868 | 11/20/2007 |
| 12113 | Michael Mendez | 06cv14870 | 11/20/2007 |
| 5833 | Frank Mendolia (and Wife, Joanne Mendolia) | 07CV10812 | 11/8/2007 |
| 13753 | Meta J Mereday | 06cv14872 | 11/20/2007 |
| 7359 | Deborah Meshejian (and Husband, Frederick Zimm) | 06cv14874 | 11/20/2007 |
| 13010 | Edward Messina (and Wife, Danielle Messina) | 06cv14875 | 11/20/2007 |
| 2676 | Richard Miller (and Wife, Amy Miller) | 07CV10813 | 11/8/2007 |
| 13086 | Robert Miller | 06cv14880 | 11/20/2007 |
| 13707 | Michael Minuto (and Wife, Janet Minuto) | 06cv14882 | 11/20/2007 |
| 12731 | Solomon Mitchell (and Wife, Victoria Mitchell) | 06cv14883 | 11/30/2007 |
| 13940 | Marie Mitton | 06cv14884 | 11/20/2007 |
| 11877 | Paul Moehring | 06cv14885 | 11/20/2007 |
| 13451 | Gilbert Molina | 06cv14888 | 11/20/2007 |
| 13774 | John Molloy (and Wife, Patricia Molloy) | 06cv14889 | 11/20/2007 |
| 16231 | Michael Molly (and Wife, Frances Molloy) | 07CV10814 | 11/8/2007 |
| 11492 | John Montalbano (and Wife, Constance Montalbano) | 07cv11012 | 11/30/2007 |
| 12782 | Brian Mooney (and Wife, Maryanne Mooney) | 06cv14892 | 11/30/2007 |
| 12857 | David Morales (and Wife, Anna Castro) | 06cv14895 | 11/20/2007 |
| 13169 | Ellen Moran | 06cv14897 | 11/20/2007 |
| 12896 | John Moran (and Wife, Ann M Moran) | 06cv14898 | 11/20/2007 |
| 13982 | Joseph Moran (and Wife, Maria Moran) | 06cv14899 | 11/20/2007 |
| 15231 | Michael J Mordeci (and Wife, Dorothy Mordeci) | 07CV10915 | 11/8/2007 |
| 12769 | Gary Morgan | 06cv14902 | 11/30/2007 |
| 14184 | John Morietti | 06cv14904 | 11/20/2007 |
| 13052 | Rodney Morris (and Wife, Lena Morris) | 06cv14905 | 11/20/2007 |
| 11753 | Claudio Morrone (and Wife, Louisa Morrone) | 06cv14906 | 11/30/2007 |
| 13206 | Edward Mortenson (and Wife, Mary C Mortenson) | 06cv14907 | 11/20/2007 |
| 13080 | Walter Moussou (and Wife, Meagan Moussou) | 06cv14908 | 11/20/2007 |
| 16797 | Patrick Moynihan | 07CV10884 | 11/8/2007 |
| 14710 | William Mundy (and Wife, Kimberly Mundy) | 07CV10815 | 11/8/2007 |
| 12752 | Dominick Munofo | 06cv14911 | 11/20/2007 |
| 1791 | Carlos Munoz (and Wife, Anna L Carlo) | 07CV10816 | 11/8/2007 |
| 12560 | Heather Murphy | 06cv14913 | 11/20/2007 |
| 13875 | Michael Mustillo (and Wife, Dora Mustillo) | 06cv14916 | 11/20/2007 |
| 1635 | Daniel Napolitano (and Wife, Marianne Napolitano) | 07cv11002 | 11/30/2007 |
| 13509 | Wilfredo Nieves, Jr. (and Wife, DEBORAH A NIEVES) | 06cv14922 | 11/20/2007 |
| 13637 | Robert Numssen | 06cv14926 | 11/20/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13136 | Harold Nunez | 06cv14927 | 11/20/2007 |
| 12807 | John O Boyle (and Wife, Paricia O Boyle) | 06cv14928 | 11/20/2007 |
| 13834 | Gary O Grady | 06cv14930 | 11/20/2007 |
| 13626 | Joseph O Rourke | 06cv14933 | 11/20/2007 |
| 13219 | Thomas Obrien | 06cv14929 | 11/20/2007 |
| 14653 | Joyce O Otteng, as Personal Representative of Evans Oppong | 07CV10817 | 11/8/2007 |
| 13174 | Jose Ortiz | 06cv14937 | 11/30/2007 |
| 13750 | Richard Pacheco (and Wife, Miriam Pacheco) | 06cv14942 | 11/20/2007 |
| 10959 | Luis Palacio | 06cv14946 | 11/20/2007 |
| 3681 | Anthony V Palmeri (and Wife, Mary-Ann Palmeri) | 07CV10818 | 11/8/2007 |
| 16307 | Paul Patti (and Wife, Jean Patti) | 07CV10819 | 11/8/2007 |
| 11393 | Paul Pavarini (and Wife, Lisa Pavarini) | 06cv14951 | 11/20/2007 |
| 12107 | William Peck | 06cv14952 | 11/20/2007 |
| 11700 | Carlos Pena (and Wife, Vicky V Pena) | 06cv14954 | 11/20/2007 |
| 13426 | Jacqueline Pender | 06cv14955 | 11/30/2007 |
| 14085 | Antonio Pereira (and Wife, Maria Pereira) | 06cv14958 | 11/20/2007 |
| 13436 | Luis Pereira | 06cv14959 | 11/20/2007 |
| 13101 | Eddie Perez (and Wife, Gina Perez) | 06cv14962 | 11/20/2007 |
| 13013 | Andrew Perrella (and Wife, Dana Perrella) | 06cv14963 | 11/20/2007 |
| 6701 | Michael Perrotti (and Wife, Lovanne Perrotti) | 06cv14964 | 11/30/2007 |
| 14923 | Robert Persico (and Wife, Mara Persico) | 07CV10916 | 11/8/2007 |
| 14032 | Edward Peters | 06cv14966 | 11/20/2007 |
| 11747 | Stephen Peters (and Wife, Tammy Peters) | 07CV10820 | 11/8/2007 |
| 13081 | Harry Phillips (and Wife, Mary Phillips) | 06cv14968 | 11/20/2007 |
| 13510 | William Piatti | 06cv14969 | 11/20/2007 |
| 14095 | Miriam Piretti (and Husband, Peter Piretti) | 07CV10885 | 11/8/2007 |
| 13162 | Robert Pisacani (and Wife, Regina Pisacani) | 06cv14973 | 11/30/2007 |
| 13241 | Richard W Polhamer | 06cv14950 | 11/20/2007 |
| 12964 | Richard Polizzi | 06cv14977 | 11/20/2007 |
| 13384 | Brad Popowitz (and Wife, Irene ) | 06cv14978 | 11/20/2007 |
| 14202 | Christopher Poppe III | 07CV10917 | 11/8/2007 |
| 13716 | Elio Procaccio | 06cv14982 | 11/20/2007 |
| 13055 | Stephen Pumilia | 06cv14983 | 11/20/2007 |
| 12932 | Richard Purcell | 06cv14984 | 11/20/2007 |
| 13892 | John Purpura (and Wife, Laura Purpura) | 06cv14985 | 11/30/2007 |
| 16916 | Daniel Pyle (and Wife, Tara Marie Pyle) | 07CV10821 | 11/8/2007 |
| 16544 | Pablo Quesada (and Wife, Ulya Quesada) | 07CV10822 | 11/8/2007 |
| 13067 | Joseph Quinn (and Wife, Valerie Quinn) | 06cv14986 | 11/30/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 15364 | Thomas Raab | 07CV10928 | 11/8/2007 |
| 13064 | Joseph Racaniello | 06cv14987 | 11/30/2007 |
| 15786 | Mark Rafaniello (and Wife, Olimpia Rafaniello) | 07CV10823 | 11/8/2007 |
| 13881 | Michael Randazzo (and Wife, Rose Marie Randazzo) | 06cv14990 | 11/30/2007 |
| 1667 | Dennis Rando (and Wife, Irene Rando) | 07CV10824 | 11/8/2007 |
| 12562 | Michael Reddington (and Wife, Anna Marie Reddington) | 07CV10894 | 11/8/2007 |
| 13424 | Eugene Reems (and Wife, Erin Reems) | 06cv14993 | 11/20/2007 |
| 8177 | Vincent Regina (and Wife, Heather Sulzer-Regina) | 07CV10825 | 11/8/2007 |
| 11668 | Frank Reilly | 06cv14994 | 11/30/2007 |
| 10695 | Fardy Rendon (and Wife, Magola Rendon) | 06cv14997 | 11/20/2007 |
| 15491 | Margaret Revander | 07CV10826 | 11/8/2007 |
| 12250 | Manuel Reyes | 06cv15000 | 11/20/2007 |
| 15573 | Joseph Ribeiro (and Wife, Suzanne J Ribeiro) | 07CV10918 | 11/8/2007 |
| 1352 | Joseph Ricciardi | 07CV10827 | 11/8/2007 |
| 13385 | Arthur Riccio (and Wife, Margaret Riccio) | 06cv15001 | 11/20/2007 |
| 16943 | Gregory Richie (and Wife, Mary Jean Richie) | 07CV10828 | 11/8/2007 |
| 13170 | Debra Ricks | 06cv15002 | 11/20/2007 |
| 11258 | John Ridge (and Wife, Joan Ridge) | 07CV10829 | 11/8/2007 |
| 16809 | Jared Ring | 07CV10830 | 11/8/2007 |
| 11801 | Juan Rivero (and Wife, Linda Rivero) | 07CV10886 | 11/8/2007 |
| 16434 | John Rizzi (and Wife, Deborah Rizzi) | 07CV10831 | 11/8/2007 |
| 13375 | Carmine Rizzo (and Wife, Margo Rizzo) | 06cv15007 | 11/20/2007 |
| 15224 | Edwin J. Roberts (and Wife, Evelyn Roberts) | 07CV10832 | 11/8/2007 |
| 8198 | Roland Roberts (and Wife, Amelia Roberts) | 07CV10833 | 11/8/2007 |
| 12829 | Orlando Robinson (and Wife, Deborah ) | 06cv15008 | 11/20/2007 |
| 11347 | Michael Robles (and Wife, Tillie-Ann Robles) | 06cv15010 | 11/30/2007 |
| 4440 | Jefferson Rodriguez (and Wife, Catherine Roderiguez) | 07CV10834 | 11/8/2007 |
| 12943 | Stanley Rodriguez (and Wife, Vanessa A Rodriguez) | 06cv15014 | 11/20/2007 |
| 13422 | Dola Rogers | 06cv15015 | 11/20/2007 |
| 11154 | James Rogers | 06cv15016 | 11/20/2007 |
| 13034 | David Roldan (and Wife, Laura Roldan) | 06cv15017 | 11/20/2007 |
| 16308 | Nelson Roldan (and Wife, Milagros Roldan) | 07CV10887 | 11/8/2007 |
| 13733 | Daniel Roman (and Wife, Adelina Roman) | 07CV10835 | 11/8/2007 |
| 13094 | Jeffrey Roman | 06cv15018 | 11/20/2007 |
| 15506 | Luis Roman | 07CV10836 | 11/8/2007 |
| 12856 | Maribel Roman | 06cv15019 | 11/20/2007 |
| 13534 | Angelo Rosario (and Wife, JACQUELINE ROSARIO) | 06cv15020 | 11/20/2007 |
| 16542 | Patricia Routh | 07CV10837 | 11/8/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13575 | Richard Rutherford (and Wife, Susan Rutherford) | 06cv15028 | 11/20/2007 |
| 11041 | Glenn Ryerson | 06cv15031 | 11/20/2007 |
| 15214 | Glenn A Sabillon (and Wife, Rocio Sabillon) | 07CV10919 | 11/8/2007 |
| 16035 | Sebastion Saccomagno | 07CV10838 | 11/8/2007 |
| 14086 | George Sahm | 06cv15032 | 11/20/2007 |
| 7395 | Robert Sakaos (and Wife, Tina Sakaos) | 07CV10839 | 11/8/2007 |
| 8060 | Nishan Saladeen (and Wife, Marcia Saladeen) | 07CV10840 | 11/8/2007 |
| 13430 | Eric Sandhovel (and Wife, Maria ) | 06cv15035 | 11/20/2007 |
| 16242 | Anthony Santana | 07CV10841 | 11/8/2007 |
| 11770 | Irene Santana-Rivera | 06cv15036 | 11/30/2007 |
| 16645 | Raymond Sbarra, Sr. (and Wife, Regina Sbarra) | 07CV10842 | 11/8/2007 |
| 16713 | Luigi Scacchi (and Wife, Giuseppina Mancini) | 07CV10843 | 11/8/2007 |
| 13867 | William Schmidt (and Wife, Bonnie Schmidt) | 06cv15045 | 11/20/2007 |
| 16034 | John Schrynemakers (and Wife, Paula T Schrynemakers) | 07CV10844 | 11/8/2007 |
| 16578 | Frank Sciacchitano (and Wife, Anne Sciacchitano) | 07CV10845 | 11/8/2007 |
| 12957 | Steven Sciuto (and Wife, Tara Sciuto) | 06cv15053 | 11/20/2007 |
| 13522 | Thomas Seabasty | 06cv15055 | 11/30/2007 |
| 14005 | Alfredo Serrano (and Wife, Madeline Serrano) | 06cv15056 | 11/20/2007 |
| 13380 | Robert Sesny | 06cv15057 | 11/20/2007 |
| 11537 | Henry Sileo (and Wife, Teresa Sileo) | 06cv15164 | 11/20/2007 |
| 16707 | Richard Sileo (and Wife, Maureen Sileo) | 07CV10846 | 11/8/2007 |
| 13427 | Darryl Silva | 06cv15165 | 11/20/2007 |
| 13408 | Lynne Silver-Meriwether | 06cv15166 | 11/20/2007 |
| 13581 | Robert Singer | 06cv15167 | 11/20/2007 |
| 14755 | Justin Slater (and Wife, Melissa Slater) | 07CV10847 | 11/8/2007 |
| 12641 | Carol Smith | 06cv15070 | 11/30/2007 |
| 16825 | Gary Smith (and Wife, Marylou Smith) | 07CV10848 | 11/8/2007 |
| 12714 | Heidi Smith-Ash (and Husband, Robert J Ash) | 06cv15071 | 11/20/2007 |
| 16339 | Richard Snyder (and Wife, Linda Snyder) | 07CV10888 | 11/8/2007 |
| 12892 | David Sommer Jr | 06cv15072 | 11/20/2007 |
| 13545 | Joseph Spagnola (and Wife, Wendy Spagnola) | 06cv15074 | 11/30/2007 |
| 13870 | Joseph Spatz | 06cv15076 | 11/20/2007 |
| 11697 | William Spilman (and Wife, Ernestine Spilman) | 06cv14136 | 11/30/2007 |
| 15402 | Robert Steiner (and Wife, Rosemary E Steiner) | 07CV10893 | 11/8/2007 |
| 12864 | Andrea Stephens | 06cv15079 | 11/20/2007 |
| 13476 | Joseph Sterling (and Wife, Brenda Sterling) | 06cv15080 | 11/20/2007 |
| 16762 | Libor Stipek (and Wife, Sandra L Stipek) | 07CV10849 | 11/8/2007 |
| 15498 | George Stokes (and Wife, Diane P Stokes) | 07CV10850 | 11/8/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13876 | Richard Strasser | 06cv15081 | 11/20/2007 |
| 6755 | James Sullivan (and Wife, Louise Sullivan) | 06cv15083 | 11/20/2007 |
| 1442 | Frank Svoboda (and Wife, Josephine Svoboda) | 07CV10851 | 11/8/2007 |
| 12528 | David Swenson (and Wife, Kimberly Swenson) | 07CV10852 | 11/8/2007 |
| 16472 | Theodore Swift (and Wife, Debra Swift) | 07CV10853 | 11/8/2007 |
| 16706 | Gloria Tatum (and Wife, Shamal Tatum) | 07CV10854 | 11/8/2007 |
| 16945 | Joseph Tennariello (and Wife, Janie Tennariello) | 07CV10855 | 11/8/2007 |
| 14924 | Thomas Tergesen | 07CV10920 | 11/8/2007 |
| 6515 | Vincent Tesieriro | 07CV10856 | 11/8/2007 |
| 13961 | Stephen G Thibadeau (and Wife, Christine Thibadeau) | 06cv15087 | 11/20/2007 |
| 16754 | Jennifer Torino (and Husband, Louis M Torino) | 07CV10889 | 11/8/2007 |
| 16481 | Anthony Torres (and Wife, Diane Lynn Torress) | 07CV10857 | 11/8/2007 |
| 12820 | Felix Torres (and Wife, AnneM. Torres) | 06cv15093 | 11/20/2007 |
| 12556 | Lili Torres | 06cv15094 | 11/20/2007 |
| 12371 | Lionel Torres (and Wife, Lucy Torres) | 06cv15095 | 11/20/2007 |
| 11446 | Terence Torres | 06cv15096 | 11/20/2007 |
| 15703 | Michael Tozzi (and Wife, Louise Tozzi) | 07CV10929 | 11/8/2007 |
| 12248 | Michael Trance (and Wife, Evelyn Trance) | 06cv15098 | 11/20/2007 |
| 16724 | Fernando Trinidad (and Wife, Fanny Trinidad) | 07CV10858 | 11/8/2007 |
| 12823 | Joseph Tripi | 06cv15100 | 11/30/2007 |
| 13547 | Joseph Trumbetti | 06cv15102 | 11/30/2007 |
| 15589 | Thomas Trzaska (and Wife, Mona Matson) | 07CV10859 | 11/8/2007 |
| 16793 | Patricia Upton | 07CV10890 | 11/8/2007 |
| 16682 | Steven Urcelay (and Wife, Susan Urcelay) | 07CV10860 | 11/8/2007 |
| 1827 | Louis Vaccaro | 05CV2988 | 11/30/2007 |
| 13900 | Raymond Valdes | 06cv15105 | 11/20/2007 |
| 13593 | Mario Valenti (and Wife, Joyce Valenti) | 06cv15106 | 11/30/2007 |
| 4447 | Andrew Vallas (and Wife, Martha Vallas) | 07CV10930 | 11/8/2007 |
| 12866 | Tanya Vallely | 06cv15107 | 11/20/2007 |
| 14073 | Vanessa Van Brunt | 06cv15108 | 11/20/2007 |
| 16760 | Victorious Vanhorne (and Wife, Stephanie Vanhorne) | 07CV10861 | 11/8/2007 |
| 13041 | Michael Vaughan | 06cv15110 | 11/20/2007 |
| 16904 | Angel R. Vazquez (and Wife, Carmen Vazquez) | 07CV10862 | 11/8/2007 |
| 13160 | Orlando Vega (and Wife, Luz Vega) | 06cv15112 | 11/20/2007 |
| 13413 | Nelson Velez (and Wife, Judith Velez) | 06cv15114 | 11/20/2007 |
| 13693 | Wando Villalona (and Wife, Margo Pedraza) | 06cv15120 | 11/20/2007 |
| 13373 | Arthur Violetta (and Wife, Diane Violetta) | 06cv15123 | 11/20/2007 |
| 8577 | Jack J. Virzi (and Wife, Anne Virzi) | 06cv15124 | 11/20/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 15762 | Kenneth Vogt | 07CV10921 | 11/8/2007 |
| 13137 | Michael Voss | 06cv15127 | 11/20/2007 |
| 12844 | Emerald Johnson-Walker, as Personal Representative of Donald Wal | 06cv13960 | 11/20/2007 |
| 14049 | James Walker (and Wife, Suzanne Walker) | 06cv15128 | 11/20/2007 |
| 14216 | Michael J Walker (and Wife, Lorraine M Walker) | 06cv15129 | 11/20/2007 |
| 10910 | Robert Walker | 06cv15130 | 11/20/2007 |
| 14394 | Valerie Walker | 07CV10863 | 11/8/2007 |
| 3504 | Paul Walsh (and Wife, Bridget Walsh) | 05CV1339 | 11/30/2007 |
| 13723 | Jamie Walters | 06cv15132 | 11/20/2007 |
| 13386 | James Ward | 06cv15133 | 11/20/2007 |
| 13179 | Richard Wecera | 06cv15134 | 11/20/2007 |
| 17009 | Ruth Weiss | 07CV10864 | 11/8/2007 |
| 16800 | Eugene West (and Wife, Margaret West) | 07CV10865 | 11/8/2007 |
| 13996 | Gregory Wilk | 06cv15137 | 11/20/2007 |
| 12965 | Glenn J. Williams (and Wife, Deborah A Williams) | 06cv15139 | 11/20/2007 |
| 17028 | Sandra Williams | 07CV10866 | 11/8/2007 |
| 13397 | Gwendolyn Wilson-Phillips (and Husband, Perry Phillips) | 06cv15141 | 11/20/2007 |
| 13565 | Joseph Wnek | 06cv15142 | 11/20/2007 |
| 11414 | Michael Wohn (and Wife, Jane Wohn) | 07cv11003 | 11/30/2007 |
| 13022 | Paul Wolf (and Wife, Joanne L Wolf) | 06cv15143 | 11/20/2007 |
| 10595 | Tanya Wood | 06cv15145 | 11/20/2007 |
| 13368 | David Woods | 06cv15146 | 11/20/2007 |
| 13537 | Edward Woods | 06cv15147 | 11/20/2007 |
| 14628 | Michael Wyer | 07CV10922 | 11/8/2007 |
| 8749 | Jan Zajac (and Wife, Krystyna Zajac) | 06cv15153 | 11/20/2007 |
| 13885 | Vincent Zappulla | 06cv15156 | 11/20/2007 |
| 17161 | Katherine Zarr | 07CV10867 | 11/8/2007 |
| 12937 | Joseph Zichelli (and Wife, Christine Zichelli) | 06cv15157 | 11/20/2007 |
| 16863 | William Zoller (and Wife, Roberta Zoller) | 07CV10868 | 11/8/2007 |

599   Group:    Out    In: